Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

Northern District

for the

District of New York

Division

|  |  |
|---|---|
| Valerie Flores | Case No. 1:26-cv-061 (ECC/DJS) |
| Plaintiff(s) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | |
| Ben W. Ward & "Simone" Ics medical Answering Service | |
| Defendant(s) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Jan 12 - 2026**

John M. Domurad, Clerk

## COMPLAINT AND REQUEST FOR INJUNCTION

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    Valerie Flores
Street Address    PO Box 1110 ACP 5749
City and County    Albany (Albany)
State and Zip Code    NY 12201
Telephone Number    838-265-4961
E-mail Address

B. The Defendant(s)

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name     Ben W. Ward & "Simone"

Job or Title (if known)

Street Address     unknown

City and County     WI, IL, South Africa?

State and Zip Code

Telephone Number

E-mail Address (if known)

Defendant No. 2

Name     Ics medical Answering Service

Job or Title (if known)

Street Address     44 East Mifflin St.

City and County     Madison (Dane)

State and Zip Code     WI 53703

Telephone Number

E-mail Address (if known)

Defendant No. 3

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

Defendant No. 4

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Possible Fraud — 18 USC § 1346 , 18 US Code § 1341 from Ben W. Ward & "Simone", 18 USC Ch. 47 - Fraud & false statements; (fake identity - Ben?), Stalking & harrassment (US Code § 2261A - stalking), 18 USC Interstate stalking, 18 USC § 1514 victim protection - harrassment for Valerie

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Valerie Flores , is a citizen of the State of *(name)* New York .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A and has its principal place of business in the State of *(name)* N/A

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Ben W. Ward & "Simone" , is a citizen of the State of *(name)* WI/IL ~~(possible Arizona)~~ . Or is a citizen of *(foreign nation)* South Africa .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.    If the defendant is a corporation
The defendant, (name) IGS Medical Answering Svc. , is incorporated under
the laws of the State of (name) Wisconsin , and has its
principal place of business in the State of (name) Wisconsin .
Or is incorporated under the laws of (foreign nation) USA ,
and has its principal place of business in (name) Wisconsin .

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.    The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because (explain):
$40k in WI Crime Victim Compensation against each defendant

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
WI, IL, IN    (I also recently saw license plates go by me that said > "4 BEN 31").

B.    What date and approximate time did the events giving rise to your claim(s) occur?
2010 - Ben W. Ward - I worked w/ Ben & we had a one time brief romantic episode. (2010) I was terminated from my job that year in 11/2010. Starting in 2023, I saw what looked like Ben's car in IL & IN area. I believe he was from IN originally, but I am not (in 2023) sure. He was interstate stalking me 13 years as I was traveling later, which is disturbing to me when we had not through those areas) communicated nor saw each other since then. In 2021, a female was standing near my PO Box in Middleton, WI who I believe is "Simone", Ben W. Ward significant other.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* 2010 Ben W. Ward & I had 1 romantic episode. I was fired from ICS medical Ans Svc shortly after that. In 2021/2022 a female who I think her name is "Simone" was standing outside my PO Box in Middleton, WI. I did not know who she was at first, but I think she is Ben's significant other or was in 2021/2022. I discovered that Ben W. Ward may have given ICS medical Ans. Svc a fake name while he was working there & also given me a fake name. I found her stalking my PO Box, his stalking in his car in IL/IN in 2023 & 2025 to be very disturbing when I have not seen him or communicated with him since 2010. I recently saw a woman that resembled Kathy Gragg (my supervisor in 2008-2010 & 2016-2017) when

IV.    **Irreparable Injury**     I worked for her there. I saw the woman in Maryland in 12/2025 w/a white BMW sedan, which is what she

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

← drove.

I was a victim of a strong armed robbery by Willie T. Thomas in 1/2017. I left the job in 7/2017 as I was receiving notifications that Willie was being released. Kathy would not allow me to work remotely, but 4 female college students were able to work remotely after the robbery happened to me. I also saw a female that resembled Michelle Komperski on a flight 2/2022 (that did not originate in the same state where Michelle, Ben, and I worked). I need an injunction ~~against Ben~~ against defendants. The situation makes me feel unsafe.

V.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like an injunction against defendants & WI Crime Victim Compensation $40k maximum x 3 for each defendant listed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/22/2025

Signature of Plaintiff    _Valerie Flores_

Printed Name of Plaintiff    _Valerie Flores_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____