IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VALERIE L. FLORES,

                    Plaintiff,

          v.                                                              ORDER

BEN W. WARD, SIMONE, and ICS MED.                              26-cv-302-jdp
ANSWERING SERV.,

                    Defendants.

---

With a minor exception that is immaterial here, plaintiff Valerie L. Flores is barred from filing new civil lawsuits in this court without prepaying the full filing fee. *Flores v. Progressive Ins.*, No. 23-cv-398-jdp, 2024 WL 1701705, at *4 (W.D. Wis. Apr. 19, 2024). Under that bar order, any civil lawsuit that Flores files without full prepayment will be docketed and summarily dismissed. *Id.*

In January 2026, Flores brought a lawsuit in the Northern District of New York alleging that defendants, whom she says are located in Wisconsin, violated her federal rights. Dkt. 1. That action was transferred to this district on venue grounds. Dkt. 7. Flores didn't prepay the filing fee while that action was pending in the Northern District of New York.

Pursuant to the bar order, I gave Flores until June 8, 2026, to pay the full filing fee. Dkt. 9. I cautioned Flores that if the court didn't timely receive that payment, this case would be dismissed with prejudice.

Flores then filed a motion for leave to proceed on appeal without prepaying the appellate filing fee directly in the court of appeals. *See* Dkt. 10. The court of appeals forwarded that motion to this court with a note that Flores failed to accompany the motion with a notice of appeal. *See id.*

I will deny the motion because Flores did not appeal my order requiring her to pay the full filing fee. Without an appeal, there is no basis to grant leave to proceed on appeal without prepaying the appellate filing fee.

I will also dismiss this case with prejudice. Flores failed to pay the full filing fee by the deadline, and she is barred from filing new civil lawsuits in this court without prepaying that fee. Flores hasn't shown good cause for an extension of time to pay the full filing fee.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED with prejudice.

2. All pending motions are DENIED as moot.

3. The clerk of court is directed to enter judgment and close the case.

Entered July 21, 2026.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge

2